IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | Case No.: | 1:24-mj-00225-CWD-1 |
| ) | | |
| Plaintiff, ) | Charging District's Case No.: | 2:24-cr-00257-DJC |
| ) | AMENDED | |
| vs. ) | WAIVER OF RULE 5 & 5.1 | |
| ) | HEARINGS | |
| Matthew Allison ) | (Complaint or Indictment) | |
| ) | | |
| Defendant. ) | | |

I understand that I have been charged in another district, the (name of the district/court) _____Eastern District of California_____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the Government for detention;

(6)     request transfer of the proceedings to this district under Fed.R.Crim.P. 20, to plead guilty.

I agree to waive my right(s) to:

- ❏ an identity hearing and production of the warrant.

- ❏ a preliminary hearing.

- ❏ a detention hearing.

- ☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/16/24      _____
                            Defendant

Date: 9/16/24      _____
                            Attorney's Signature

                                    Heidi Johnson
                            Printed Name of Attorney